UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __15-1883__

Case Name: _Artek Industries, Inc., et al._ vs. _Confluence Outdoor, LLC, et al._

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

Confluence Outdoor, LLC; Confluence Holdings Corp.

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: _Daniel M.L. Gude_  Admitted: _November 2, 2015_
(Sixth Circuit admission date only)

Signature: _/s/_

Firm Name: _Moore & Van Allen PLLC_

Business Address: _100 N. Tryon Street_

Suite: _4700_  City/State/Zip: _Charlotte, NC 28202_

Telephone Number (Area Code): _(704) 331-3761_

Email Address: _danielgude@mvalaw.com_

---

**CERTIFICATE OF SERVICE**

I certify that on _November 2, 2015_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _DanielGude_

---